AO455 (Rev.5/85) Waiver of Indictment

FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

vs.

GUSTAVO MAGDALENO (1)

WAIVER OF INDICTMENT ON THE SUPERSEDING

Case No. 08CR0743-GT

I, GUSTAVO MAGDALENO (1), the above named defendant, who is accused of

8:1325 - ILLEGAL ENTRY (MIS)

8:1325 - ILLEGAL ENTRY (FELONY)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-15-08 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer